# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARO PHARMACEUTICAL INDUSTRIES LTD., TARO PHARMACEUTICALS NORTH AMERICA, INC. and TARO PHARMACEUTICALS U.S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> ENCUBE ETHICALS PVT. LTD, <br><br> Defendant. | C.A. No. 21-1614-RGA |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Encube Ethicals Private Limited shall serve subpoenas to produce documents and to testify at a deposition on Suven Life Sciences USA, LLC. Copies of these subpoenas have been provided to counsel for Plaintiffs.

| | |
|---|---|
| Charles B. Klein, Esq. <br> Jovial Wong, Esq. <br> Sharon Lin, Esq. <br> WINSTON & STRAWN LLP <br> 1901 L Street, N.W. <br> Washington, DC 20036 <br> cklein@winston.com <br> jwong@winston.com <br> slin@winston.com | Kelly E. Farnan, Esq. <br> RICHARDS, LAYTON & FINGER, P.A. <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> farnan@rlf.com <br><br> *Attorneys for Plaintiffs Taro Pharmaceutical Industries Ltd., Taro Pharmaceuticals North America, Inc. and Taro Pharmaceuticals U.S.A., Inc.* |

|  |  |
|---|---|
|  | Respectfully submitted, |
| *Of Counsel:* | */s/ Benjamin J. Schladweiler* |
| Dmitry V. Shelhoff | Benjamin J. Schladweiler (#4601) |
| Kenneth S. Canfield | Greenberg Traurig, LLP |
| Edward D. Pergament | The Nemours Building |
| Pergament & Cepeda LLP | 1007 North Orange Street, Suite 1200 |
| 25A Hanover Road, Suite 104 | (302) 661-7000 |
| Florham Park, NJ 07932 | schladweilerb@gtlaw.com |
| (973) 998-7722 |  |
| dshelhoff@pergamentcepeda.com | *Counsel for Defendant Encube Ethicals* |
| kcanfield@pergamentcepeda.com | *Private Limited* |
| epergament@pergamentcepeda.com |  |

Date: May 5, 2022